634

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

184 So. 914

### J. H. HARVELL v. STATE.
### 7 Div. 412.

Court of Appeals of Alabama.
Nov. 1, 1938.

Jas. L. Carter, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

176 So. 922

### Ulsses HAWTHORNE, alias, v. STATE.
### 4 Div. 329.

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Appeal dismissed.

177 So. 921

### Dan HAYES v. STATE.
### 6 Div. 154.

Court of Appeals of Alabama.
Dec. 14, 1937.

RICE, Judge.
Affirmed.

185 So. 922

### Jean HAYES v. STATE.
### 6 Div. 329.

Court of Appeals of Alabama.
Dec. 20, 1938.

· Edw. de Graffenried, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

185 So. 922

### Jean HAYES v. STATE.
### 6 Div. 340.

Court of Appeals of Alabama.
Dec. 13, 1938.

Edw. de Graffenried, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

184 So. 915

### Henry Elma HAYS v. STATE.
### 4 Div. 473.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.